*#107  # 129502*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
TOLEDO DIVISION

FILED
2011 MAY 16 PM 3: 13

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In the matter of

**THOMAS HYPES**
**JENNIFER HYPES**

Debtor(s)

Case No. **10-33197-S**

Chapter 7

Judge **RICHARD L. SPEER**

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT

The attached check in the amount of (1)$___4.52_____ represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| GOSPEL LIGHT | 6 | $4.52 |
| Total Unclaimed/ Small Dividends $5.00 or under | | $4.52 |
| Total Unclaimed Dividends Over $5.00 | | $0.00 |

Dated:    5/13/2011

/s/Bruce Comly French
Bruce Comly French
Bar Registration Nos.:
OH 0005298; DC 231423; PA 22177
P.O. Box 839
Lima, OH 45802-0839
(419) 222-9134
(419) 222-9437 (facsimile)
b-french@onu.edu (e-mail)

cc: U.S. Trustee

# PROPOSED CLAIM DISTRIBUTION REPORT

| | | |
|---|---|---|
| Trustee Name: | Bruce Comly French | Distribution Date: 05/04/2011 |
| Case Number: | 10-33197-S | Distribution Amt: $2,622.19 |
| Case Name: | HYPES, THOMAS AND HYPES, JENNIFER | Tax ID: 386922936 |
| Claims Bar Date: | 10/07/2010 | Date: 5/6/2011 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution Amount | Paid to Date | Interest | Proposed Paymt | Balance |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $2,622.19 |
| | BRUCE COMLY FRENCH PO BOX 839 LIMA OH 458020839 | Trustee Compensation | 2100-000 | $656.07 | $0.00 | $0.00 | $656.07 | $1,966.12 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| | Sub-Totals: Trustee Compensation | | | $656.07 | $0.00 | $0.00 | $656.07 | |
| | BRUCE COMLY FRENCH PO BOX 839 LIMA OH 458020839 | Trustee Expenses | 2200-000 | $31.06 | $0.00 | $0.00 | $31.06 | $1,935.06 |
| | Percent Paid: 100.00% | Notes: | | | | | | |
| | Sub-Totals: Trustee Expenses | | | $31.06 | $0.00 | $0.00 | $31.06 | |
| 1 | INDEPENDENCE RECEIVABLES c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 331311605 | General Unsecured § 726(a)(2) | 7100-000 | $553.34 | $0.00 | $0.00 | $33.51 | $1,901.55 |
| | Percent Paid: 6.06% | Notes: Allowed to be paid. Schedule F Account: X1501 | | | | | | |
| 2 | COLUMBIA GAS OF OHIO 200 CIVIC CENTER DRIVE, 11TH FLOOR COLUMBUS OH 43206 | General Unsecured § 726(a)(2) | 7100-000 | $346.13 | $0.00 | $0.00 | $20.96 | $1,880.59 |
| | Percent Paid: 6.06% | Notes: Allowed to be paid. | | | | | | |
| 4 | BOB SIEMON DESIGNS 3501 W Segerstrom Avenue Santa Ana CA 92704 | General Unsecured § 726(a)(2) | 7100-000 | $89.18 | $0.00 | $0.00 | $5.40 | $1,875.19 |
| | Percent Paid: 6.06% | Notes: Allowed to be paid. | | | | | | |
| 5 | CHASE BANK USA, N.A. PO Box 15145 Wilmington DE 198505145 | General Unsecured § 726(a)(2) | 7100-000 | $10433.72 | $0.00 | $0.00 | $631.77 | $1,243.42 |
| | Percent Paid: 6.06% | Notes: Allowed to be paid. | | | | | | |
| 6 | GOSPEL LIGHT PO Box 7047 Oxnard CA 93031 | General Unsecured § 726(a)(2) | 7100-000 | $74.66 | $0.00 | $0.00 | $4.52 | $1,238.90 |
| | Percent Paid: 6.06% | Notes: Allowed to be paid. | | | | | | |
| 7 | COMMERCIAL COLLECTION CORP PO BOX 288 TONAWANDA NY 14150 | General Unsecured § 726(a)(2) | 7100-000 | $906.27 | $0.00 | $0.00 | $54.88 | $1,184.02 |
| | Percent Paid: 6.06% | Notes: Allowed to be paid. | | | | | | |



# PROPOSED CLAIM DISTRIBUTION REPORT

| Trustee Name: | Bruce Comly French | Distribution Date: | 05/04/2011 |
|---|---|---|---|
| Case Number: | 10-33197-S | Distribution Amt: | $2,622.19 |
| Case Name: | HYPES, THOMAS AND HYPES, JENNIFER | Tax ID: | 386922936 |
| Claims Bar Date: | 10/07/2010 | Date: | 5/6/2011 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution Amount | Paid to Date | Interest | Proposed Paymt | Balance |
|---|---|---|---|---|---|---|---|---|
| 8 | TYNDALE HOUSE<br>38746 Eagle Way<br>Chicago IL 606781387 | General Unsecured § 726(a)(2) | 7100-000 | $334.02 | $0.00 | $0.00 | $20.23 | $1,163.79 |
| | Percent Paid: 6.06% | Notes: Allowed to be paid. | | | | | | |
| 9 | PNC BANK<br>PO BOX 94982<br>CLEVELAND OH 44101 | General Unsecured § 726(a)(2) | 7100-000 | $18419.87 | $0.00 | $0.00 | $1,115.34 | $48.45 |
| | Percent Paid: 6.06% | Notes: Allowed to be paid. | | | | | | |
| 10 | SWANSON<br>1200 Park Avenue<br>Murfreesboro TN 37129 | General Unsecured § 726(a)(2) | 7100-000 | $252.09 | $0.00 | $0.00 | $15.26 | $33.19 |
| | Percent Paid: 6.06% | Notes: Allowed to be paid. | | | | | | |
| 11 | EMI CMG DISTRIBUTION<br>PO Box 5084<br>Brentwood TN 370245084 | General Unsecured § 726(a)(2) | 7100-000 | $548.12 | $0.00 | $0.00 | $33.19 | $0.00 |
| | Percent Paid: 6.06% | Notes: Allowed to be paid. | | | | | | |
| Sub-Totals: General Unsecured § 726(a)(2) | | | | $31,957.40 | $0.00 | $0.00 | $1,935.06 | |
| | | | TOTALS: | $32644.53 | $0.00 | $0.00 | $2,622.19 | |